DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LADE LENDALL SPARKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2332

_____

February 6, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Wolfgang
Krug, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and Allison C. Heim, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.